UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U-MING TRANSPORT SINGAPORE
PVTE LTD.,

                Plaintiff,

v.

AGN BULK TRANSPORT INC.,

                Defendant.

**ORDER**

08 Civ. 11325 (LBS)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-23-09
```

SAND, J.:

On November 23, 2009, we issued an order to show cause by December 14, 2009 why this action should not be dismissed in light of *Shipping Corp. of India Ltd. v. Jahldi Overseas Pte. Ltd.*, No. 08 civ. 3477, 2009 WL 3319675 (2d Cir. Oct.16, 2009). The Court has received no response from Plaintiff. As such, the Order of Maritime Attachment and Garnishment issued in this action is hereby vacated and any attached funds are released. This action is dismissed without prejudice and without costs to any party.

SO ORDERED.

Dated: Dec. 23, 2009
New York, NY

                                                          _____
                                                          U.S.D.J.